MARTIN BEHRER et al., Appellants, *v.* CITY AND SUBURBAN HOMES COMPANY, Respondent, Impleaded with Others.

*Behrer* v. *McMillan,* 114 App. Div. 450, affirmed.
(Argued February 20, 1908; decided March 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 16, 1906, affirming a judgment in favor of defendant, respondent, entered upon a dismissal of the complaint by the court on trial at Special Term in an action to foreclose a mechanic's lien.

*H. Schieffelin Sayers* for appellants.

*Arthur F. Cosby* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.